**Francisco BRAVO–RIVERA,
Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 04–70261.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

Bita L. Hoffman, San Diego, CA, for
Petitioner.

Before: BEEZER, FERNANDEZ, and
McKEOWN, Circuit Judges.

MEMORANDUM **

Francisco Bravo–Rivera, a native and
citizen of Mexico, petitions for review of an
order of the Board of Immigration Appeals
("BIA") affirming without opinion an immi-
gration judge's ("IJ") decision denying his
application for cancellation of removal.
We dismiss the petition for review.

We lack jurisdiction to review the IJ's
dispositive determinations that Bravo–Riv-
era lacked good moral character and that
his testimony regarding voluntary depar-
ture lacked credibility. Bravo–Rivera,
who was represented by counsel, failed to

exhaust the two issues before the BIA, *see*
*Barron v. Ashcroft*, 358 F.3d 674, 677 (9th
Cir.2004), and waived review by failing to
challenge the two determinations in his
opening brief to this court, *see Martinez–*
*Serrano v. INS*, 94 F.3d 1256, 1259 (9th
Cir.1996).

**PETITION FOR REVIEW DIS-
MISSED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

